UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARKER TIKSON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a Rhode Island corporation doing business in the State of Washington,<br><br>　　　　　　　Defendant. | No. 2:21-cv-01584-RSL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED without prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED THIS 11TH DAY OF MARCH, 2022.

　　　　　　　　　　　_____
　　　　　　　　　　　The Honorable Robert S. Lasnik
　　　　　　　　　　　United States District Court Judge

No. 2:21-cv-01584-RSL
ORDER OF DISMISSAL WITHOUT PREJUDICE
AND WITHOUT FEES AND COSTS - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476